ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6986
JUDGE BUCHWALD

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHEXTRAS, INC.,<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>**ORDER SEALING THE FILE** |

Upon consideration of the above-named Plaintiff's Application for an Order Sealing The File, it is hereby ORDERED that the Clerk of the Court shall maintain this action under seal pending further order of the Court.

DATED this 3RD day of August, 2007.   UNITED STATES DISTRICT COURT

Hour: 1:15  a.m./p.m.    By: _George B. Daniels_
                                                  U.S.D.J.