DOC # 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

                Plaintiff,

    - against -

HEALTHEXTRAS, INC.,

                Defendant.
-------------------------------------X

**O R D E R**

07 Civ. 6986 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** this case was originally filed under seal; and

    **WHEREAS** the case has now settled, and this Court entered an order of dismissal without prejudice on September 28, 2007; and

    **WHEREAS** the docket clerk has notified the Court that the order of dismissal could not be docketed because the case is still under seal; and

    **WHEREAS** the parties have informed the Court that they do not object to unsealing the case; it is hereby

    **ORDERED** that this case be unsealed.

DATED:    New York, New York
            October 10, 2007

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Louis Smith, Esq.
Laura A. Dwyer, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

Robert A. Calinoff, Esq.
Calinoff & Katz, LLP
Two Grand Central Towers
140 East 45th Street, 17th Floor
New York, NY 10017