AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 8/6/07 |
| NAME OF SERVER (PRINT) FRANK JOYCE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED HEALTH EXTRAS INC, by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 3:35PM PERSON ACCEPTING: SCOTT LASCALA — SECTION HEAD

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/7/07
             Date           Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

V.

HEALTHEXTRAS, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CV 6986**

**JUDGE BUCHWALD**

TO: (Name and address of Defendant)

HEALTHEXTRAS, INC.
c/o THE CORPORATION TRUST COMPANY
1209 ORANGE ST,
WILMINGTON, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOUIS SMITH
GREENBERG TRAURIG LLP
200 PARK AVE.
NEW YORK, NY 10166

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

AUG 0 3 2007

DATE