Exhibit E



HealthExtras, Inc.
800 King Farm Boulevard
Rockville, MD 20850
Telephone: 301.548.2900
Facsimile: 240.268.3120

June 21, 2007

Louis Smith, Esq.  
Greenberg Traurig LLP  
200 Park Avenue  
Florham Park, NJ 07932

*VIA FACSIMILE*  
*AND OVERNIGHT EXPRESS*

Dear Lou:

This letter responds to your June 15, 2007 correspondence to me.

Management at HealthExtras has reviewed Amex's latest offer and we are pleased that we seem to be moving closer to a final resolution of the parties' respective rights and obligations. As the Letter Agreement recited, and as you observed in your June 15th letter, there are still a number of outstanding items yet to be addressed. In that regard, I have drafted a Transition Services Agreement (as required by the Letter Agreement) which I am enclosing now for your review and comments. Please let me know if you need a soft copy forwarded by email.

I look forward to hearing back from you at your convenience and to finalizing the Agreement.

Yours sincerely,

Joseph M. Mott  
Deputy General Counsel

Enclosure

Exhibit E