Exhibit H



HealthExtras, Inc.
800 King Farm Boulevard
Rockville, MD 20850
Telephone: 301.548.2900
Facsimile: 240.268.3120

August 7, 2007

Louis Smith, Esq.
Greenberg Traurig LLP
200 Park Avenue
Florham Park, NJ 07932

*Via Fax (973/301-8410) and*
*Federal Express Mail*

Re: American Express Travel Related Services vs HealthExtras, Inc.
In the United States District Court for the Southern District of New York
Civil Action No. 07 CV 6986 (NRB)

Dear Lou:

I have reviewed a courtesy copy of the above captioned action which you filed on behalf of your client, American Express Travel Related Services, Inc. (Amex), on August 3, 2007. Because the action is premised on the parties' September 17, 1999 Marketing Agreement and the June 23, 2006 Letter Agreement, HealthExtras contends that the dispute resolution procedure outlined in paragraph 20 (e) of the Marketing Agreement is implicated. Subsection (iv) of paragraph 20(e) requires a meeting of executives followed by formal mediation as a pre-condition to filing an action. As such, HealthExtras' position is that the lawsuit your client has brought is pre-mature. Therefore, I am requesting that you dismiss the action and that Amex comply with the dispute resolution procedure.

I would further observe that this communication is the third time HealthExtras has requested that Amex comply with the dispute resolution procedure. The prior requests were by HealthExtras CEO, David Blair, in his letter to Naeemah Ruffin on May 29, 2007, and my letter to you on July 20, 2007. Please confirm that the action will be dismissed, and that Amex will follow the contractually mandated dispute resolution procedure unencumbered by an improvidently filed lawsuit.

Your prompt response is requested in light of the abbreviated briefing schedule set by the Court on Amex's Motion for Preliminary Injunction.

Yours sincerely,

Joseph M. Mott
Deputy General Counsel

cc: Ms. J. Whitney Stevens, Vice President
    American Express Travel Related Services

Exhibit H

Louis Smith, Esq.
May 7, 2007
Page 2


   Ms. Naeemah Ruffin, Vice President & General Manager of Card Services, CCSG
   American Express Travel Related Services

JMM/slb

# Greenberg Traurig

Louis Smith
Tel. (973) 360-7915
Fax (973) 301-8410
smithlo@gtlaw.com

August 8, 2007

**VIA FACSIMILE**

Joseph M. Mott
Deputy General Counsel
HealthExtras, Inc.
800 King Farm Boulevard
Rockville, Maryland 20850

Re: American Express Travel Related Services Company, Inc.
v. HealthExtras, Inc.
Civil Action No. 07-cv 6986 (NRB)

Dear Joe:

I am writing in response to your letter to me dated August 7, 2007. American Express rejects the contention that the dispute resolution procedure in the Marketing Agreement is relevant to the present dispute or somehow requires dismissal of the pending action. Accordingly, American Express will not agree to dismiss the pending action.

Sincerely yours,

Louis Smith

LS/smh

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue | P.O. Box 677 | Florham Park, NJ 07932-0677
Tel 973.360.7900 | fax 973.301.8410

www.gtlaw.com

Exhibit H

STATE OF NEW YORK )
:ss
COUNTY OF NEW YORK )

Claudia E. Blanchard, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Queens, New York.

On August 15, 2007, deponent personally served the within AFFIDAVIT OF DAVID T. BLAIR IN SUPPORT OF DEFENDANT HEALTHEXTRAS' OPPOSITION TO AMERICAN EXPRESS' MOTION FOR PRELIMINARY INJUNCTION upon:

Louis Smith, Esq.
GREENBERG TRAURIG, LLP
Attorneys for Plaintiff
MetLife Building
200 Park Avenue
New York, New York 10166

_____
Claudia E. Blanchard

Sworn to before me this
15th day of August, 2007

_____
Notary Public

Jenna M. John
Notary Public, State of New York
No. 01JO6164720
Qualified in Kings County
Commission Expires Apr. 30, 20 11

{CB3319.WPD}
[C&K] 4444-1/CM