


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., | CIVIL ACTION NO. 07cv6986(NRB) |
| Plaintiff, | **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, A WRIT OF REPLEVIN** |
| v. | |
| HEALTHEXTRAS, INC., | |
| Defendant. | |

*U.S. DISTRICT COURT — OCT 10 2007 — S.D. OF N.Y.*

Upon the Declarations of Micki C. Koehler, executed on July 31, 2007, and J. E. Campling, executed on August 1, 2007, the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction or, in the Alternative, a Writ of Replevin, and the Verified Complaint hereto annexed (collectively, "Application Papers"), it is

ORDERED that the above named defendant, HealthExtras, Inc. ("HealthExtras"), show cause before the Hon. *NAOMI REICE BUCHWALD* in Courtroom *21A* at United States Courthouse, Southern District of New York, 500 Pearl Street, New York City, New York, on August *22*, 2007, at *10:30* o'clock in the *fore* noon thereof, or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure or, in the alternative, a writ of replevin, requiring that HealthExtras provide to Plaintiff American Express Travel Related Services Company, Inc. ("AXP") by no later that October 1, 2007, certain documents and information demanded by AXP; and it is further

MICROFILM -0844  AUG - 8 2007

ORDERED that HealthExtras' answering papers, if any, shall be filed with the Clerk of this Court, (courtesy copy directly to chambers) and served upon the attorneys for Plaintiff by August 15 2007, by noon and it is further

ORDERED that AXP's reply papers, if any, shall be filed with the Clerk of this Court, (courtesy copy directly to chambers) and served upon the attorneys for Defendant by August, 20 2007, by noon and it is further

ORDERED that personal service of a copy of this order and the Application Papers upon defendant or its counsel on or before 5 o'clock in the after noon, August, 8, 2007, shall be deemed good and sufficient service thereof.

DATED: August 6, 2007 New York, New York

ISSUED: 12:51 P.M

_____
U.S.D.J.

2