SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

                Plaintiff,         **O R D E R**

   - against -             07 Civ. 6986 (NRB)

HEALTHEXTRAS, INC.,

                Defendant.
----------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

Dated:   New York, New York
            September 28, 2007

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE

    Copies of the foregoing Order have been mailed on this date to the following:

Louis Smith, Esq.
Laura A. Dwyer, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

Robert A. Calinoff, Esq.
Calinoff & Katz, LLP
Two Grand Central Towers
140 East 45th Street, 17th Floor
New York, NY 10017