```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

                    Plaintiff,                         **O R D E R**

          - against -                         07 Civ. 6986 (NRB)

HEALTHEXTRAS, INC.,

                    Defendant.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** at a hearing on August 22, 2007, the above-captioned
parties entered into a stipulation (1) for the production of data
by HealthExtras, Inc. ("HealthExtras") to American Express Travel
Related Services Company, Inc. ("American Express"), and (2) to
mediate the remainder of their disputes; and

**WHEREAS** at that hearing this Court stated that this case
"will be dismissed 15 days after the production of the data is
made unless American Express informs me that there is a problem
with the data in a fashion that constitutes a violation of the
stipulation"; and

**WHEREAS** on September 28, 2007 American Express informed this
Court that it received the data and had "not uncovered any such
problem," and further acknowledged that "Your Honor indicated
that she will dismiss this case fifteen days after the production
of data by [HealthExtras] unless American Express raised a

problem with the data that would constitute a violation of the Stipulation"; and

**WHEREAS** on September 28, 2007, the Court ordered dismissal of this case, but erroneously and contrary to its earlier ruling included in its order a provision allowing for restoration of the matter within 30 days upon application; and

**WHEREAS** more than 15 days have passed after the production of the data to American Express, without American Express informing the Court that there was any problem with the data; it is hereby

**ORDERED** that the September 28, 2007 Order is modified to eliminate the 30 day restoration provision, and accordingly, the case remains closed.

Dated: New York, New York
October 26, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Louis Smith, Esq.
Laura A. Dwyer, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

Robert A. Calinoff, Esq.
Calinoff & Katz, LLP
Two Grand Central Towers
140 East 45th Street, 17th Floor
New York, NY 10017